

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| LEEROY RANDY SANCHEZ, | § | No. 08-24-00121-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| Appellee. | § | (TC# 23-06-06623-CRW) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and remand the cause for new trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED this 31st day of July 2025.

LISA J. SOTO, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.